BROOKLYN MAJESTIC THEATRE COMPANY, Respondent, v. VITAGRAPH COMPANY OF AMERICA, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EMANUEL M. KAISER, Respondent, v. EDITH O. KAISER, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EVELYN I. MUNDS, Respondent, v. AKRON BUILDING COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CARRIE ROTHSCHILD, Appellant, v. JOHN C. HATZEL, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEO FINKENBERG, Respondent, v. MOSES LEVINSON and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DEN NORSKE AMERIEKALINJE ACTIESSELSKABET, Respondent, v. SUN PRINTING AND PUBLISHING ASSOCIATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to withdraw their demurrer and to answer the complaint within twenty days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at the Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

JAMES KILLALEA, as Administrator, etc., Respondent, v. SAMUEL W. ECKMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

CHARLES BROCK, Suing for Himself as a Stockholder of THE ANTHONY & SCOVILL COMPANY, and on Behalf of Said Company and All Other Stockholders, etc., Appellant, v. RUEL W. POOR and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

KITTANNING FACE BRICK COMPANY, INC., Respondent, v. LAWRENCE B. PEART, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

DONALD C. HULETTE, Respondent, v. JOSEPH SCHMIDT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

WILLIAM THORNTON and Others, as Trustees, etc., Respondents, v. THE NORTHERN BANK OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

WISTAR M. HEALD, Respondent, v. MARDEN, ORTH & HASTINGS COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.